On appellant's petition for reconsideration filed March 19, reconsideration allowed; former disposition (217 Or App 429, 175 P3d 1028 (2008)) withdrawn; remanded for resentencing June 10, 2009

STATE OF OREGON,
*Plaintiff-Appellant,*

*v.*

BRIAN SCOTT TRAUTWEIN,
*Defendant-Respondent.*

Benton County Circuit Court
CM0520181; A129516

209 P3d 850

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Paul L. Smith, Assistant Attorney-in-Charge, Criminal Appeals, for petition.

Before Wollheim, Presiding Judge, and Edmonds, Judge, and Sercombe, Judge.

PER CURIAM

**PER CURIAM**

The state petitions this court to reconsider its decision in *State v. Trautwein*, 217 Or App 429, 175 P3d 1028 (2008). In *Trautwein*, a state's appeal, the state argued that the trial court had erred in ruling that the imposition of consecutive sentences under ORS 137.123(5) would have violated defendant's right to a jury trial under the Sixth Amendment to the United States Constitution. We affirmed without opinion. The state now contends that, in light of *Oregon v. Ice*, 555 US ___ , 129 S Ct 711, 172 L Ed 2d 517 (2009), our previous decision was incorrect. We agree and, accordingly, withdraw our former decision and remand for resentencing.

Reconsideration allowed; former disposition withdrawn; remanded for resentencing.